HHN

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** BRIAN PERRON    **Defendant(s):** SGT. MATEER, et al.

**County of Residence:** COOK    **County of Residence:**

**Plaintiff's Address:**    **Defendant's Attorney:**

Brian Perron
#167203
Dupage - DCJ
P.O. Box 957
Wheaton, IL 60187

FILED
MAR 25 2008
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes [ ] No

08CV1735
JUDGE DOW
MAGISTRATE JUDGE KEYS

**Signature:** A. E. Woodham    **Date:** 03/25/2008