CASE # 08 CV 2757
CASE # 08 C 1735

To whom it concerns:

Please change my address on the 2 above referenced cases to
200 E. Irving Pk. #5
Wood dale, IL 60191

FILED
JUL 17 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thank you,
Brian Perron
BRian Perron
7/14/08