**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 CV 1735
BRIAN PERRON, Plaintiff
     v.
SGT. MATEER (Personal Cap.),
DEP. HANNON (Personal Cap.), and CHIEF LAVERY
(Personal Cap.), Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chief Lavery

| | |
|---|---|
| NAME (Type or print)  Thomas F. Downing, Chief of Civil Division | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Thomas F. Downing | |
| FIRM  DuPage County State's Attorney's Office | |
| STREET ADDRESS  503 N. County Farm Road | |
| CITY/STATE/ZIP  Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06188673 | TELEPHONE NUMBER  630-407-8200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |