## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 CV 1735

BRIAN PERRON, Plaintiff
     v.
SGT. MATEER (Personal Cap.),
DEP. HANNON  (Personal Cap.), and CHIEF LAVERY
(Personal Cap.), Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chief Lavery

| | |
|---|---|
| **NAME** (Type or print)<br>Paul F. Bruckner, Asst. State's Attorney | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>    s/  Paul F. Bruckner | |
| **FIRM**<br>DuPage County State's Attorney's Office | |
| **STREET ADDRESS**<br>503 N. County Farm Road | |
| **CITY/STATE/ZIP**<br>Wheaton, IL 60187 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6206660 | TELEPHONE  NUMBER<br>630-407-8200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐