United States District Court, Northern District of Illinois

Case # 08 C 1735    Case Title    Brian Perron V Sgt. Mateer, et al

FILED
AUG 18 2008
AUG 18 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion

Now here comes the Plaintiff, Brian Perron, Pro-Se, requesting that this Honorable court allow Plaintiff to amend complaint as to the location of the defendant, Dep. Hannon, since according to Human Resources of Dupage Co. Jail, Dep. Hannon is no longer employed by jail and request that defendant, Dep. Hannon, be served at his residence, which address is unknown to plaintiff, due to security reasons.
In support there of, plaintiff states:

Upon attempt by US Marshals to serve defendant, Dep. Hannon, they were told that defendant was no longer employed with Dupage Co. Sheriff's Office

Wherefore, plaintiff prays that this Honorable court will grant his motion for amendment of complaint as to location of defendant Dep. Hannon, and serve defendant at his residence.

All statements are true and correct in substance and fact.

I, Brian Perron, swear under penalty of perjury that I served a copy of the attached motion, on Paul Bruckner, counsel, by mailing a copy to 503 N County Farm Rd. Wheaton, Il. 60187, by placing it in the mail in Wood Dale, Il 60191 on Aug. 14th, 2008

Brian Perron
Brian Perron
8/14/08