# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1735 | **DATE** | August 27, 2008 |
| **CASE TITLE** | Perron v. Mateer, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to amend his complaint and re-issue summons [17] is granted in part and denied in part. Plaintiff need not amend his complaint to indicate Defendant Deputy Hannon's employment has changed nor to re-issue summons as to Defendant Hannon. The Clerk shall re-issue summons for Defendant Hannon. The United States Marshals Service is appointed to serve Defendant Hannon. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendant Hannon with process. The U.S. Marshal is directed to make all reasonable efforts to personally serve Defendant. With respect to former employees who no longer can be found at the work address provided by Plaintiff, the DuPage County Jail shall furnish the Marshal with Defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the Court file, nor disclosed by the Marshal. The Clerk is directed to mail a copy of this order to the U.S. Marshal.

Defendant Lavery's motion to dismiss [15] is taken under advisement and a briefing schedule on that motion will be set at the status hearing set for 8/27/08 at 9:30 am.

Docketing to mail notices.

Case 1:08-cv-01735    Document 19    Filed 08/27/2008    Page 2 of 2